# United States District Court

DISTRICT OF __MASSACHUSETTS__

DEANNA WOODS

V.

NICOLAS MARCANO
AND
CARLETON PETERS D/B/A
LIBERTY TOWING COMPANY

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

04-10431-DPW

**TO:** (Name and Address of Defendant)

Carleton Peters d/b/a Liberty Towing Company, 32 Atherton Road, Brookline, Massachusetts.

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Elaine M. Kennedy, Esquire
Solomon Professional Association
P.O. Box 937
Londonderry, New Hampshire 03053

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

TONY ANASTAS                                       March 3, 2004
CLERK                                              DATE

_____
BY DEPUTY CLERK



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

Norfolk, ss.

March 10, 2004

I hereby certify and return that on 3/9/2004 at 07:40 am I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Carleton Peters dba Liberty Towing Company, 32 Atherton Road Brookline, MA and by mailing first class mail to the above-mentioned address on 3/10/2004. Conveyance ($3.00), Copies-Attestation ($10.00), Basic Service Fee ($20.00), Postage and Handling ($3.00), Travel ($2.56) Total Charges $38.56

*Deputy Sheriff*

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          *Date*

_____
*Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.