UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEANNA WOODS )<br>   Plaintiff )<br> )<br>v. )<br> )<br>NICOLAS MARCANO and )<br>CARLETON PETERS d/b/a )<br>LIBERTY TOWING COMP., )<br>   Defendant ) | **CIVIL ACTION**<br><br>No: 04 CV/0431 -DPW |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance on behalf of the above-named Defendants, Nicolas Marcano and Carleton Peters d/b/a Liberty Towing.

        Defendants,
        Nicolas Marcano and Carleton Peters d/b/a Liberty
        Towing Company,
        By their attorney,

        _____
        Terence P. Reilly
        Law Office of Brian M. Cullen
        100 Summer Street, Suite 201
        Boston, MA 02110-2106
        (617) 772-2800
        B.B.O. #555372

Dated: 3-26-2004

I certify that on 3-26-2004 a true copy of the above document was served on the attorney of record for each other party by first class mail. _____