UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY -5 P 1:29

*************************************************************
DEANNA WOODS                                    *
                                                *
VS.                                             *   CIVIL ACTION #:
                                                *   1:04-CV-10431
                                                *
NICOLAS MARCANO, ET AL.                         *
*************************************************************

U.S. DISTRICT COURT
DISTRICT OF MASS.

### ASSENTED TO MOTION TO BE EXCUSED FROM FILING MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE VIA ELECTRONIC FILING

**NOW COMES** the Plaintiff, Deanna Woods, and respectfully moves through her counsel, Elaine M. Kennedy, Esquire, that she be allowed to file the attached Motion for Admission of Counsel Pro Hac Vice without the use of electronic filing and states in support thereof as follows:

1. That pursuant to the Court's Order of Notice of Electronic Filing, Plaintiff's counsel registered for CM/ECF with the United States District Court on April 16, 2004.

2. That as of this date, Plaintiff's counsel has not yet received their login and password from the Court and therefore cannot file any pleadings via electronic filing.

3. That this matter is scheduled for a Structuring Conference on May 25, 2004 and Plaintiff would request that the Motion for Admission of Counsel Pro Hac Vice be acted upon prior to that date so that Peter M. Solomon, Esquire, who will be lead counsel, will be able to attend and participate at that Structuring Conference.

4. That counsel for the Defendants assents to the filing of this Motion.

**WHEREFORE**, your Plaintiff respectfully requests that the Honorable Court:

A.  Allow the filing of the Motion for Admission of Counsel Pro Hac Vice without the use of electronic filing;

B.  Grant the Motion for Admission of Counsel Pro Hac Vice which is attached hereto; and

C.   Grant such other and further relief as may be just and equitable.

Respectfully submitted,

| ASSENTED TO: | Deanna Woods |
| | By Her Attorneys, |
| **Defendant's Counsel** | **Solomon Professional Association** |

By: _____            By: _____
Terence P. Reilly, BBO #:555372                    Elaine M. Kennedy BBO: 641037
Law Office of Brian M. Cullen                       Peter M. Solomon
100 Summer Street, Suite 201                      One Buttrick Road
Boston, MA 02110-2106                              P.O. Box 937
(617) 772-2800                                     Londonderry, NH 03053
                                                   (603) 437-3700

Dated: 4/30/04                                     Date: 4/30/04

## CERTIFICATE OF SERVICE

I certify that on the ___30___ day of ___April___, 2004, a copy of the foregoing Assented to Motion to be Excused from Filing Motion for Admission of Counsel Pro Hac Vice Via Electronic Filing was mailed by United States mail, postage prepaid, to Terence P. Reilly, Esquire, Counsel for the Defendants.

_____
Elaine M. Kennedy

2