*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF MASSACHUSETTS*

| | |
|---|---|
| DEANNA WOODS )<br>    Plaintiff )<br> )<br>v. )<br> )<br>NICOLAS MARCANO and )<br>CARLETON PETERS d/b/a )<br>LIBERTY TOWING COMP., )<br>    Defendant )<br> )<br>v. )<br> )<br>ELIZABETH ANDERSON and )<br>VANESSA WOODS, )<br>    Third Party Defendants ) | **CIVIL ACTION**<br><br>**No: 04 CV 10431** |

**AFFIDAVIT OF SERVICE OF PROCESS**

I, Terence P. Reilly, of the Law Office of Brian M. Cullen, on oath depose and say that, in accordance with the provisions of Massachusetts General Laws, Chapter 223A, Section 3-6, service of process was made on the Third-Party Defendant, Vanessa Woods, by mailing copies of the Third-party Summons and Third-party Complaint, via certified mail, return receipt requested on May 7, 2004.

The original return receipt is attached hereto.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF May, 2004.

Nicolas Marcano and Carleton Peters d/b/a
Liberty Towing Company by their attorney,

_____
Terence P. Reilly
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110-2106
(617) 772-2800
B.B.O. #555372

Dated: May 13, 2004

I certify that on **May 14, 2004** a true copy of the above document was served on the attorney of record for each other party by first class mail. _____
Terence P. Reilly

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Vanessa Woods
5 South Avenue
Derry, NH 03038

4a. Article Number
7160 1676 0110 4576 8667

4b. Service Type
☐ Registered        ☒ Certified
☐ Express Mail      ☐ Insured
☒ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
5/10

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X Vanessa L. Woods

8. Addressee's Address (Only if requested and fee is paid)

PS Form **3811**, December 1994                Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.

# United States District Court

DISTRICT OF MASSACHUSETTS

PLAINTIFF

Deanna Woods

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF

Nicolas Marcano and Carleton Peters d/b/a Liberty Towing Comp.

CASE NUMBER: 04-10431-DPW

V. THIRD PARTY DEFENDANT

Elizabeth Anderson and Vanessa Woods

TO: (Name and address of Third Party defendant)

Vanessa Woods
5 South Avenue
Derry, NH 03038

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Elaine M. Kennedy, Esq.
One Buttrick Road
PO Box 937
Londonderry, NH 03053

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Terence P. Reilly, Esq.
Law Offices of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110

an answer to the third-party complaint which is herewith served upon you within ___ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK: TONY ANASTAS

DATE: 5-7-04

(BY) DEPUTY CLERK