UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILING FEE PAID:
RECEIPT # 55139
AMOUNT $ 50.00
BY DPTY CLK
DATE 5/21/04

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEANNA WOODS                                    \*
                                                \*
VS.                                             \*   CIVIL ACTION #:
                                                \*   1:04-CV-10431
                                                \*
NICOLAS MARCANO, ET AL.                         \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED TO MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

**NOW COMES** the Plaintiff, Deanna Woods, and respectfully moves through her counsel, Elaine M. Kennedy, Esquire, for the admission in this case, and this case only, of Peter M. Solomon, Esquire, as counsel for the Plaintiff and asserts in support thereof as follows:

1. That Peter M. Solomon is an attorney at law fully licensed to practice in the State of New Hampshire and the District Court for the District of New Hampshire.

2. That Peter M. Solomon is presently in good standing in the above jurisdiction and there are presently pending no disciplinary proceedings with respect to his capacity to practice or his conduct.

3. That Peter M. Solomon is familiar with the facts of this matter and his appearance in this case is of significant importance to the Plaintiff.

4. That Elaine M. Kennedy, Esquire is duly admitted to practice before this Court and is an associate counsel in this action.

5. That counsel for the Plaintiff has contacted Defendants' counsel with regard to the filing of this Motion and Defendants' counsel has assented to same.

1

**WHEREFORE,** your Plaintiff respectfully requests that Peter M. Solomon, Esquire be admitted before this Court for the purpose of this case and this case only.

Respectfully submitted,

ASSENTED TO:

**Defendant's Counsel**

*[signature]*

Terence P. Reilly, BBO #:555372
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110-2106
(617) 772-2800

Dated: May 14, 2004

Deanna Woods
By Her Attorneys,
**Solomon Professional Association**

By: *[signature]*
Elaine M. Kennedy BBO: 641037
Peter M. Solomon
One Buttrick Road
P.O. Box 937
Londonderry, NH 03053
(603) 437-3700

Date: May 14, 2004

## CERTIFICATE OF SERVICE

I certify that on the 14th day of May, 2004, a copy of the foregoing Assented to Motion for Admission of Counsel Pro Hac Vice was mailed by United States mail, postage prepaid, to Terence P. Reilly, Esquire, Counsel for the Defendants.

*[signature]*
Elaine M. Kennedy

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
****************************************************************
DEANNA WOODS                         *
                                     *
    VS.                              *   CIVIL ACTION #:
                                     *   1:04-CV-10431
                                     *
NICOLAS MARCANO, ET AL.              *
****************************************************************
```

## CERTIFICATE OF GOOD STANDING

**NOW COMES** Peter M. Solomon, Esquire, and states as follows:

1. That I am a member in good standing of the bar of the State of New Hampshire and have been a member of that bar since 1981.

2. That I am also a member in good standing of the bar of the Federal District Court for the District of New Hampshire and have been a member of that bar since 1981.

3. That there are presently pending no disciplinary proceedings in the above-referenced jurisdictions with respect to my capacity to practice law or my conduct.

4. That I am familiar with the Local Rules of the Commonwealth of Massachusetts.

5. That I am familiar with the facts and circumstances underlying the claims at issue in this action.

_____
Peter M. Solomon
Solomon Professional Association
P.O. Box 937
Londonderry, NH 03053
(603) 437-3700

STATE OF NEW HAMPSHIRE
COUNTY OF ROCKINGHAM

On this the 14th day of May, 2004, personally appeared the above-named Peter M. Solomon, and made oath that the facts contained in the foregoing Certificate of Good Standing are true to the best of his knowledge and belief.

Before me,

_____
Justice of the Peace/~~Notary Public~~

COLLEEN M. MENARD
Justice of the Peace - New Hampshire
My Commission Expires January 24, 2006