# The Commonwealth of Massachusetts

## Registry of Motor Vehicles

One Copley Place, Boston 02116

Kimberly Hinden
*Registrar*

Mail:
P.O. Box 199100
Boston, MA 02119-9100
www.ma.gov/rmv

FILED
IN CLERKS OFFICE
2004 JUN 18 P 1:25
U.S. DISTRICT COURT
DISTRICT OF MASS

June 8, 2004

Peter M. Solomon, Esq.
Solomon Professional Association
P.O. Box 937
Londonderry, NH 03053

RE: DEANNA WOODS VS. NICHOLAS MARCANO
UNITED STATES DISTRICT COURT (District of Massachusetts) CIVIL
ACTION CASE NUMBER 04- 10431DPW.

Dear Atty. Solomon:

The attached process has been served on the defendant pursuant to the provisions of M.G.L. c. 90 §3D. Below please find the executed affidavit set forth in §3D, which by law serves as prima facie evidence of service upon that party.

## AFFIDAVIT

This hereby certifies that the attached process served upon the Registrar of Motor Vehicles was forwarded by mail June 8, 2004, postage prepaid, to Nicholas Marcano at the last address appearing in the Registrar's records. This is in accordance with the provisions of M.G.L. c. 90, §3D.

Signed under the pains and penalties of perjury on June 8, 2004.

Signed: _____*Kathleen Munson*_____
Kathleen Munson, Keeper of the Records

ba

# United States District Court

DISTRICT OF __MASSACHUSETTS__

2004 JUN 18 P 1: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL ACTION**

DEANNA WOODS

V.

NICOLAS MARCANO
AND
CARLETON PETERS D/B/A
LIBERTY TOWING COMPANY

CASE NUMBER:

**04-10431 DPW**

TO: (Name and Address of Defendant)

Nicolas Marcano, 11 Dennis Street, Roxbury, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Elaine M. Kennedy, Esquire
Solomon Professional Association
P.O. Box 937
Londonderry, New Hampshire 03053

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 0 8 2004

TONY ANASTAS
**CLERK**

_March 3, 2004_
**DATE**

_[signature]_
**BY DEPUTY CLERK**