# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CLERKS OFFICE

**CASE NO.: 04 CV 1431**

2004 JUN 30  A 11: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DEANNA WOODS | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| NICHOLAS MARCANO and | ) |
| CARLETON PETERS d/b/a | ) |
| LIBERTY TOWING CORP. | ) |
|     Defendants/ Third Party Plaintiff's | ) |
| | ) |
| v. | ) |
| | ) |
| ELIZABETH ANDERSON and | ) |
| VANESSA WOODS | ) |
|     Third Party Defendants | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, Daniel P. Gibson, Esquire, GIBSON & BEHMAN, P.C., One Mountain Road, Burlington, Massachusetts, hereby enters his appearance on behalf of Elizabeth Anderson and Vanessa Woods, the Third Party Defendants in the above-referenced case.

Respectfully Submitted,
The Defendants,
Elizabeth Anderson and
Vanessa Woods,
By their Attorney,

Daniel P. Gibson, Esq.
GIBSON & BEHMAN, P.C.
One Mountain Road
Burlington, MA 01803
Tel: (781) 229-2368
BBO#: 191110

Dated: June 28, 2004