SCANNED
DATE: 07/15/04
BY: Sk7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEANNA WOODS<br>Plaintiff | )<br>)<br>) | 2004 JUL 14 A 11: 48 |
| v. | )<br>) | **CIVIL ACTION**<br>DISTRICT COURT<br>No: 04 CV 10431 MASS. |
| NICOLAS MARCANO and<br>CARLETON PETERS d/b/a<br>LIBERTY TOWING COMP.,<br>Defendant | )<br>)<br>)<br>) | |
| v. | )<br>) | |
| ELIZABETH ANDERSON and<br>VANESSA WOODS,<br>Third Party Defendants | )<br>)<br>) | |

### NOTICE OF CHANGE OF FIRM NAME

This is to notify the Court and all parties to the above action, that **effective July 12, 2004**, the law firm representing the Defendants, Nicolas Marcano and Carleton Peters d/b/a Liberty Towing Company, has changed its name from:

Law Office of Brian M. Cullen

to:

Law Office of Thomas M. Niarchos

By,

Terence P. Reilly
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110
(617) 772-2800
BBO #555372

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail on July 13, 2004.

Terence P. Reilly