UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEANNA WOODS,<br>    Plaintiff,<br><br>v.<br><br>NICOLAS MARCANO and<br>CARLETON PETERS d/b/a<br>LIBERTY TOWING COMP.<br>    Defendants<br>    Third-Party Plaintiffs,<br><br>v.<br><br>ELIZABETH ANDERSON and<br>VANESSA WOODS,<br>    Third-party Defendant. | 2004 JUL 23 P 12: 35<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS<br><br>CIVIL ACTION<br>NO.: 04 CV 10431 DPW<br><br>FILING FEE PAID:<br>RECEIPT #<br>AMOUNT $<br>BY DPTY CLK<br>DATE |

### ASSENTED TO MOTION FOR ADMISSION OF
### COUNSEL PRO HAC VICE

NOW COMES, the Third-party Defendants, Elizabeth Anderson and Vanessa Woods, through their counsel, Daniel P. Gibson, Esquire, for the admission in this case, and this case only, of Jorge A. Solis, Esquire, as counsel for the Third-party Defendants. As grounds in support of, Attorney Gibson states as follows:

1. Mr. Jorge A. Solis is an attorney at law duly licensed to practice in the State of Texas. (See Affidavit of Jorge Solis)

2. Jorge A. Solis is presently in good standing in the above jurisdiction and there are presently pending no disciplinary proceedings with respect to his capacity to practice or his conduct as an attorney. (See Affidavit of Jorge Solis)

3. Jorge A. Solis is familiar with the facts of this matter and his appearance in this case is of significant importance to the Third-party Defendants.

4. Jorge A. Solis is familiar with the Local Rules of the United States District Court for the District of Massachusetts. (See affidavit of Jorge Solis)

5. Counsel for the Third-party Defendants has contacted all attorney's involved in this matter with regard to the filing of this Motion, and all attorney's involved have assented to same.

WHEREFORE, the Third-party Defendants respectfully request that Jorge A. Solis, esquire be admitted before this Honorable Court for the purpose of this case and this case only.

ASSENTED TO:

Counsel for Plaintiff, Deanna Woods

*Peter M. Solomon* 
Peter M. Solomon
One Buttrick Road
P.O. Box 937
Londonderry, NH 03053
(603) 437-4700

Counsel for Defendant/Third-party Plaintiff,
Nicolas Mercano, et. al

*Terrence P. Reilly*
Terrence P. Reilly
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110-2106
(617) 772-2800

Respectfully submitted,

Elizabeth Anderson and
Vanessa Woods
by their attorney

*Daniel P. Gibson*
Daniel P. Gibson
GIBSON & BEHMAN, P.C.
One Mountain Road
Burlington, MA 01803
(781) 229-6667