FILED
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 JUL 23 P 12: 35

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| DEANNA WOODS, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLAS MARCANO and | ) | |
| CARLETON PETERS d/b/a | ) | CIVIL ACTION |
| LIBERTY TOWING COMP. | ) | NO.:  O4 CV 10431 DPW |
| Defendants | ) | |
| Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELIZABETH ANDERSON and | ) | |
| VANESSA WOODS, | ) | |
| Third-party Defendant. | ) | |

### AFFIDAVIT OF JORGE A. SOLIS

I, Jorge A. Solis, do hereby state the following:

1.    I am a licensed attorney and member in good standing of the bar of the State

of Texas, and have been a member of that bar since 1999.

2.    There are presently pending no disciplinary proceedings in the above-

referenced jurisdiction with respect to my capacity to practice law or my

conduct.

3.    I am familiar with the Local Rules of the United States District Court for the

District of Massachusetts.

4.    The Third-party Defendants request that I appear on their behalf in this matter.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 22 DAY
OF JULY, 2004

_____
Jorge A. Solis

F:\Tpc\TPC93\PLEADINGS\mot.pro.hac.vice.doc

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing has been furnished this day via U.S. Mail to counsel for Plaintiff, Peter Solomon, Esq., Solomon Professional Associates, One Buttrick Road, POB 937, Londonderry, NH 03053 and counsel for Third Party Plaintiffs Terrence P. Reilly, Esq., Law Office of Thomas M. Niarchos, 100 Summer Street, Boston, MA 02110.

Dated: July 21, 2004

Daniel P. Gibson, Esq.