UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
***************************************************************
DEANNA WOODS                                    *
                                                *
    VS.                                         *  CIVIL ACTION #:
                                                *   1:04-CV-10431
                                                *
NICOLAS MARCANO, ET AL.                         *
***************************************************************
```

### *JOINT AND ASSENTED TO MOTION TO CONTINUE*

**NOW COME** the parties in the above-entitled matter and jointly move to continue the Pretrial Conference currently scheduled in the above matter and state in support thereof as follows:

1. That the above matter is currently scheduled for a Pretrial Conference on ***November 18, 2004 at 2:30 p.m.***

2. That pursuant to the Court's Scheduling Order of May 25, 2004, the parties are to file Pretrial Memorandums prior to November 11, 2004.

3. That since the time of the initial Pretrial Conference, the parties have undertaken discovery via Interrogatories and depositions.

4. That the parties have agreed to privately mediate this matter on ***Wednesday, December 1, 2004 at 10:30 a.m.*** before the Honorable John A. Tierney of Commonwealth Mediation and Conciliation in the hopes that the matter will be resolved without the need for further litigation and the costs associated therewith. The parties all believe there is a reasonable chance of success.

5. That justice and equity would best be served if this matter were continued until the parties undertake the Mediation.

**WHEREFORE**, the parties respectfully request that the Honorable Court:

A. Continue the deadline for filing Pretrial Memorandums until after the December 1, 2004 mediation;

B. Continue the Pretrial Conference scheduled for November 18, 2004 until after the December 1, 2004 mediation;

    C.    Grant such other and further relief as may be just and equitable.

Respectfully submitted,

ASSENTED TO:

Deanna Woods
By Her Attorneys,

**Defendant's Counsel**

**Solomon Professional Association**

_____
Terence P. Reilly, BBO #:555372
Law Office of Thomas M. Niarchos
100 Summer Street, Suite 201
Boston, MA 02110-2106
(617) 772-2800

By: _____
Peter M. Solomon
One Buttrick Road
P.O. Box 937
Londonderry, NH 03053
(603) 437-3700

Dated: _____

Date: _____

_____
Jorge A. Solis, BBO#: 191110
Gibson & Behman, P.C.
One Faneuil Hall Marketplace
South Building
Boston, Massachusetts 02109
(617) 723-9170

Date: _____

### **_CERTIFICATE OF SERVICE_**

    I certify that on the _____ day of November, 2004, a copy of the foregoing Joint Motion to Continue was mailed by United States mail, postage prepaid, to Terence P. Reilly, Esquire, and Jorge A. Solis, Esquire, Counsel for the Defendants.

                                        _____
                                        Peter M. Solomon