## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| DEANNA WOODS | ) | |
|     Plaintiff | ) | |
| | ) | **CIVIL ACTION** |
| v. | ) | |
| | ) | **No: 04 CV 10431** |
| NICOLAS MARCANO and | ) | |
| CARLETON PETERS d/b/a | ) | |
| LIBERTY TOWING COMP., | ) | |
|     Defendant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELIZABETH ANDERSON and | ) | |
| VANESSA WOODS, | ) | |
|     Third Party Defendants | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above entitled action, by their attorneys, stipulate and agree that

the action be Dismissed, with prejudice and without costs pursuant to Rule 41(a)(1) of the

Federal Rules of Civil Procedure.

Defendants,
Nicolas Marcano and Carleton Peters
d/b/a Liberty Towing Company,
by their attorney,

Terence P. Reilly
Law Office of Brian M. Cullen
100 Summer Street, Suite 201
Boston, MA 02110-2106
(617) 772-2800
B.B.O. #555372

Plaintiff,
Deanna Woods by her attorney,

Peter Solomon
One Buttrick Road
P.O. Box 937
Londonderry, New Hampshire
(603) 437-3700

Third Party Defendants,
Elizabeth Anderson and Vanessa Woods,
by their attorney,


Jorge A. Solis
GIBSON & BEHMAN, P.C.
One Faneuil Hall Marketplace
South Building, 4th Floor
Boston, MA  02109
(617) 723-9170

Dated:  12\28\04